## MARK PEELER *v.* THE STATE.

NECESSITY OF PLEA. — A conviction in a felony case will be set aside when the record fails to show that he pleaded to the indictment, or that, upon his refusal to plead, the plea of not guilty was entered for him.

APPEAL from the District Court of Johnson. Tried below before the Hon. D. M. PRENDERGAST.

The indictment was for theft of a horse. The jury found appellant guilty, and awarded him five years of the penitentiary.

No brief for the appellant.

*George McCormick,* Assistant Attorney General, for the State.

ECTOR, P. J. In this case we find nothing in the record showing that the defendant pleaded to the indictment, or, upon his refusal to do so, that the plea of not guilty was entered for him. By repeated decisions of this court such failure has been held fatal to the judgment.

The judgment of the district court is, therefore, reversed and the cause remanded.

*Reversed and remanded.*